IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEREK JOHNSON**                                                                                    **PLAINTIFF**

v.                                    Case No. 4:24-cv-01099-KGB

**COMPASS GROUP USA, INC.**
**a/k/a CROTHALL HEALTHCARE**                                                    **DEFENDANT**

## ORDER

Before the Court are two pending motions. First, there is an unopposed motion by plaintiff Derek Johnson for leave to file an amended and substituted complaint (Dkt. No. 16). Second, there is defendant Compass Group USA, Inc.'s ("Compass") partial motion to dismiss and to compel arbitration as to the operative complaint (Dkt. No. 13).

Federal Rule of Civil Procedure 15 provides that a party may amend its pleading with the opposing party's written consent or with the court's leave and that the court "should freely give leave when justice so requires." S*ee also Sanders v. Clemco Indus.*, 823 F.2d 214, 216 (8th Cir. 1987) (recognizing that Rule 15 provides that amendment of pleadings "is to be liberally permitted"). Mr. Johnson states that the purpose of the proposed amendment is to add additional details to his claim of sexual harassment during his employment with Compass (Dkt. No. 16, ¶ 5). Mr. Johnson further states that his counsel and Compass's counsel have discussed the proposed amendments; Compass's counsel does not oppose the filing (*Id.*, ¶ 6). Mr. Johnson has attached his proposed amended and substituted complaint to his motion (Dkt. No. 16-1).

For good cause shown, the Court grants Mr. Johnson's motion for leave to file an amended and substituted complaint (Dkt. No. 16). The Court directs Mr. Johnson to file the amended and substituted complaint within 14 days of the date of this Order.

Once an amended complaint is filed, it supersedes and displaces the original complaint. *See, e.g.*, *Avery v. Boyd Bros. Transp.*, Case No. 13-cv-00579-BP, 2013 WL 11326558 (W.D. Mo. Aug. 21, 2013). Compass's partial motion to dismiss and to compel arbitration is directed at and is based upon the allegations in the operative complaint (Dkt. No. 1). Therefore, because the Court grants the pending motion for leave to file an amended and substituted complaint, the Court denies as moot Compass's motion to dismiss and to compel arbitration as to the operative complaint (Dkt. No. 13). *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002); *Ark. ex rel. Griffin v. Syngenta Crop Prot. AG*, Case No. 4:22-cv-01287-BSM, 2025 WL 551660, at *5 (E.D. Ark. Feb. 19, 2025).

It is so ordered this 21st day of April, 2025.

_____
Kristine G. Baker
Chief United States District Judge